IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL SHAW, | ) | CIVIL NO. 06-00199DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LOPEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 24, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Dismiss Petition for Writ of Habeas Corpus and Deny Motion

Requesting Waiver of Court Fees" are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 23, 2006.

_____
David Alan Ezra
United States District Judge

Due for Adoption: May 9, 2006